## CRANE *v.* McGREW.

An order, by which a rule taken against a sheriff by the plaintiff in an action is made absolute, holding the sheriff to be personally liable to the plaintiff for any judgment that

may be rendered therein, in the same manner as certain sureties, taken by him in a bond on which property was released, would have been liable, had they been found good and sufficient, is not a final judgment, nor one from which an appeal can be taken by the sheriff.

<div style="text-align:right">CRANE · <br> *v.* <br> McGREW.</div>

APPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J. J. N. *Lea*, for the plaintiff.    T. R. *Wolfe*, for the defendant.    R. *Hunt*, for the sheriff, appellant.   The judgment of the court *(King*, J. absent,) was pronounced by

EUSTIS, C. J.   *John L. Lewis*, who is the sheriff of the parish of Orleans, took an appeal from an order of the Fourth District Court of New Orleans, by which a rule taken against him by the plaintiff in this suit was made absolute, holding him, the said sheriff, to be personally liable to the plaintiff in this suit, for any judgment that might be rendered therein, in the same manner as certain sureties, taken by said sheriff in a bond on which property was released, would have been liable, had they been found good and sufficient. We are of opinion that this is not a final judgment, nor one from which, according to the uniform .decisions of this court, an appeal can be taken.

<div style="text-align:right">*Appeal dismissed.*</div>